IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC JOHN WASHINGTON, JR.,<br><br>Defendant. | CR 14-121-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, ISAAC JOHN WASHINGTON, JR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 16th day of July, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE